

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00413-CV

_____

## IN RE R & R EXTERIORS LLC AND MARK RICHARDSON, Relators

Original Proceeding
211th District Court of Denton County, Texas
Trial Court Nos. 19-9599-211 and 19-10692-211

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND ORDER

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

This court's December 28, 2020 stay order is vacated.

Per Curiam

Delivered: January 14, 2021